**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DYSHAWN MOSS,<br><br>　　　　　　Defendant. | Criminal Action No. 19-701 (MAS)<br><br>**ORDER** |

This matter comes before the Court upon four pre-trial motions by Defendant Dyshawn Moss ("Defendant"): (1) Motion for Disclosure of the identity of the United States of America's (the "Government") confidential source (ECF No. 36); (2) Motion to Suppress all evidence seized in connection with the Government's GPS vehicle tracking search warrants (ECF No. 38); (3) Motion to Suppress all evidence seized in connection with the Government's cell phone wiretap search warrant (ECF No. 40); and (4) Motion for a Bill of Particulars (ECF No. 42). The Government opposed the motions. (ECF Nos. 43, 47.) For the reasons set forth in the accompanying Memorandum Opinion, and for good cause shown,

**IT IS** on this 30th day of March 2021, **ORDERED** that:

1.　　Defendant's pre-trial motions (ECF Nos. 36, 38, 40, 42) are **DENIED**.

　　　　　　　　　　　　　　　　　　　　s/Michael A. Shipp
　　　　　　　　　　　　　　　　　　　　**MICHAEL A. SHIPP**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**