**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CRIM. NO. 19-cr-00701-MAS |
| | * | |
| | * | |
| DYSHAWN MOSS | * | |
| | * | |
| | ***** | |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

☑  That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

☑  Video Teleconferencing

☐  Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

☐  The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

☐  Other:

Date:  3/30/2021

_____
Honorable Douglas E. Arpert
United States Magistrate Judge